HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JOSE ENOIS MANZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-0155 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **CONTINUING STATUS CONFERENCE AND** ) **EXCLUDING TIME** |
| JOSE ENOIS MANZO, | ) Date: October 1, 2018 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed between defendant, Jose Enois Manzo, and plaintiff, United States of America, that the status conference scheduled for October 1, 2018, may be continued to November 13, 2018, at 9:00 a.m.

The defense is reviewing video and other discovery with Mr. Manzo and requests additional time to determine how best to proceed. Defense investigation is also likely. The parties therefore ask the Court to exclude time from the date of this

-1-

order through November 13, 2018, to give them adequate time to prepare. The parties further ask to exclude time under the Speedy Trial Act from the date of this order through that date pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv). The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 27, 2018        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for JOSE ENOIS MANZO


                                 McGREGOR W. SCOTT
                                 United States Attorney

Dated: September 27, 2018        /s/ T. Zindel for T. Delgado
                                 TIMOTHY DELGADO
                                 Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////
/////

# O R D E R

The status conference is continued to November 13, 2018, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 13, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 28, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE