McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0155-WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: November 13, 2018 |
| JOSE ENOIS MANZO, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

Plaintiff United States of America, through its respective counsel, and defendant Jose E. Manzo, through his counsel of record, stipulate that the status conference now set for November 13, 2018, be continued to December 17, 2018, at 9:00 a.m.

On August 16, 2018, Mr. Manzo was arraigned on the three-count Indictment in this case. (ECF Nos. 11, 13.) In the weeks following, the government produced discovery to the defense that included 158 pages of reports and memoranda, over 200 photographs, and a disk with audio and video recordings from the investigation. Defense counsel requires additional time to review these materials and discuss them with his client, time to conduct additional investigation, time to research potential defenses and motions, and time to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for November 13, 2018, be continued to December 17, 2018, at 9:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including December

17, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 6, 2018 /s/ *Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: November 6, 2018 /s/ *THD for Timothy L. Zindel*
TIMOTHY L. ZINDEL
Assistant Federal Defender
Attorney for Defendant Jose Manzo

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including December 17, 2018, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the November 13, 2018 status conference be continued until December 17, 2018, at 9:00 a.m.

Dated: November 7, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE