HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JOSE ENOIS MANZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:18-CR-0155 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **CONTINUING STATUS CONFERENCE AND** |
| | ) **EXCLUDING TIME** |
| JOSE ENOIS MANZO, | ) Date:   December 17, 2018 |
| | ) Time:   9:00 a.m. |
| Defendant. | ) Judge:  Hon. William B. Shubb |

It is hereby stipulated and agreed between defendant, Jose Enois Manzo, and plaintiff, United States of America, that the status conference scheduled for December 17, 2018, may be continued to January 22, 2019, at 9:00 a.m.

The government is reviewing additional information provided by the defense that may bear on resolution of the case, and additional investigation may follow.  The parties therefore ask the Court to exclude time from the date of this order through

-1-

January 22, 2019, to give them adequate time to prepare.  The parties further ask to exclude time under the Speedy Trial Act from the date of this order through that date pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 13, 2018            /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for JOSE ENOIS MANZO


                                     McGREGOR W. SCOTT
                                     United States Attorney

Dated:  December 13, 2018            /s/ T. Zindel for T. Delgado
                                     TIMOTHY DELGADO
                                     Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference is continued to January 22, 2019, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 22, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE