HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JOSE ENOIS MANZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-0155 WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| vs. | |
| JOSE ENOIS MANZO, | Date: January 22, 2019 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed between defendant, Jose Enois Manzo, and plaintiff, United States of America, that the status conference scheduled for January 22, 2019, may be continued to March 11, 2019, at 9:00 a.m.

The government continues to review additional information provided by the defense that may bear on resolution of the case, and additional investigation may follow. The parties therefore ask the Court to exclude time from the date of this order

-1-

through March 11, 2019, to give them adequate time to prepare. The parties further ask to exclude time under the Speedy Trial Act from the date of this order through that date pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv). The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 17, 2019        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JOSE ENOIS MANZO

                               McGREGOR W. SCOTT
                               United States Attorney

Dated: January 17, 2019        /s/ T. Zindel for T. Delgado
                               TIMOTHY DELGADO
                               Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference is continued to March 11, 2019, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 11, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE