HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JOSE ENOIS MANZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-CR-0155 WBS |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | **CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JOSE ENOIS MANZO, | |
| | Date:  March 11, 2019 |
| | Time:  9:00 a.m. |
| Defendant. | Judge:  Hon. William B. Shubb |

It is hereby stipulated and agreed between defendant, Jose Enois Manzo, and plaintiff, United States of America, that the status conference scheduled for March 11, 2019, may be continued to April 15, 2019, at 9:00 a.m.

The defense will provide additional factual information to the government bearing on resolution of the case, which the parties anticipate will lead to a resolution before the proposed mid-April status conference.  The parties therefore ask the Court to exclude time from the date of this order through April

-1-

15, 2019, to give them adequate time to prepare. The parties further ask to exclude time under the Speedy Trial Act from the date of this order through that date pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv). The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: March 7, 2019        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JOSE ENOIS MANZO


McGREGOR W. SCOTT
United States Attorney

Dated: March 7, 2019        /s/ T. Zindel for T. Delgado
TIMOTHY DELGADO
Assistant U.S. Attorney

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

# O R D E R

The status conference is continued to April 15, 2019, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through April 15, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 11, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE