HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JOSE ENOIS MANZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-00155 WBS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **MOTION TO EXONERATE BOND;** |
| | ) **ORDER (proposed)** |
| JOSE ENOIS MANZO, | ) |
| Defendant. | ) Judge: Hon. Allison Claire |

Mr. Manzo asks the Court to enter an order exonerating the bond ordered on July 26, 2018, and returning his passport, in light of his surrender for service of sentence.

On July 26, 2018, the Court ordered Mr. Manzo released on a $25,000.00 unsecured bond co-signed by his nephew. Doc. 3. Mr. Manzo also surrendered his U.S. passport. Doc. 6. Mr. Manzo complied with all conditions of his bond. On September 16, 2019, Judge Shubb ordered him to serve six months in custody. Doc. 35. Defense counsel has confirmed that Mr. Manzo surrendered as ordered on December 3, 2019, and is presently incarcerated at Atwater USP.

AUSA Timothy Delgado advised defense counsel that the government does not object to entry of an order exonerating bond and returning Mr. Manzo's passport.

/ / / / /

/ / / / /

-1-

A proposed order follows.

                                                    Respectfully Submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

Dated: December 10, 2019          /s/ T. Zindel_____
                                                    TIMOTHY ZINDEL
                                                    Assistant Federal Defender
                                                    Attorney for JOSE MANZO

## O R D E R

Bond for Jose Manzo is exonerated. The Clerk of the Court shall return Mr. Manzo's passport to defense counsel so that he can return it to Mr. Manzo.

IT IS SO ORDERED.

Dated: December 10, 2019                           /s/ Allison Claire
                                                         ALLISON CLAIRE
                                                         UNITED STATES MAGISTRATE JUDGE